USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___1/20/2026_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
                                                      :

**GIANELA ALICEA,**                        :
                                                      :

                              **Plaintiff,**       :           **25-cv-08888 (ALC)**
                                                      :

                       **-against-**           :           **ORDER**
                                                       :

**ARTESANO CAFÉ CORP. ET AL,**       :
                                                      :

                            **Defendants.**       :
-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      On January 12, 2026, Defendants filed a letter with the Court requesting a pre-motion conference in connection with their anticipated motion to set aside defaults pursuant to Federal Rule of Civil Procedure 55(c) and motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b). *See* ECF Nos. 46, 47. Per this Court's Individual Practices, Plaintiff is **ordered** to respond indicating its position by **January 23, 2026.**

**SO ORDERED.**

**Dated:  January 20, 2026**
      **New York, New York**                             **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**