USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __2/3/26_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x
                                                               :

**GIANELA ALICEA,**                      :

                 **Plaintiff,**       :       **25-cv-08888 (ALC)**

         **-against-**           :       **ORDER**

**ARTESANO CAFÉ CORP. ET AL,**       :

                **Defendants.**     :

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On January 27, 2026, this Court issued an order to show cause as to why the certificates of default should not be set aside pursuant to Rule 55(c) of the Federal Rules of Civil Procedure. *See* ECF No. 50. On January 30, 2026, Plaintiff responded indicate that it withdraws its opposition to the request to set aside the certificates of default.  Accordingly, Defendants request to set aside the certificates of default issued at ECF Nos. 30, 31, 38, 39, and 42 are hereby **WITHDRAWN**. As such, Defendants request for a pre-motion conference in connection with their anticipated motion to set aside defaults is **DENIED**.

Further, Plaintiff's request to amend her complaint to add RDA Associates Corp. et all as a Defendant is hereby **GRANTED.** Plaintiff should file her amended complaint by **February 10, 2026.** Further, the Court schedules a pre-motion conference for **February 13, 2026 at 4:00pm.** The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

**Dated:  February 3, 2026**
       **New York, New York**                         _____
                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**