USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _2/13/26_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

GIANELA ALICEA,

                           **Plaintiff,**          :      **25-cv-08888 (ALC)**

           **-against-**         :      **ORDER**

ARTESANO CAFÉ CORP. ET AL,

                     **Defendants.**  :

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed at today's telephonic conference, the Court hereby **ORDERS** the parties to submit a joint status report **by April 2, 2026.** In that status report, the parties should address whether the case has been settled. If not, the parties should inform the Court of whether they would like a referral to the Court's annexed mediation program or if they'd like the Court to preside over a settlement conference or refer to a magistrate judge for one. If not, the parties can propose a joint briefing schedule on Defendants' proposed motion to dismiss. Further, Defendants' deadline to file an answer to the amended complaint is hereby **adjourned** *sine dine*.

**SO ORDERED.**

**Dated:  February 13, 2026**
      **New York, New York**                     _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**