**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
:
GIANELA ALICEA,                                          :
:
Plaintiff,                          :          25-cv-08888 (ALC)
:
-against-                             :          ORDER
:
ARTESANO CAFÉ CORP. ET AL,                              :
:
Defendants.              :
:
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' settlement agreement and accompanying joint

motion to approve the settlement agreement, filed May 20, 2026. *See* ECF No. 63. Having

reviewed the settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796

F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement.

Accordingly, it is ORDERED that the above-captioned case be dismissed with prejudice in its

entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

**Dated**:    June 2, 2026
New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**